DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID JAMES CONKLIN, JR.,**
Appellant,

v.

**XIMENA PEREZ,**
Appellee.

No. 4D21-471

[June 30, 2021]

Appeal of a non-final order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Renatha Francis, Judge; L.T. Case No. 502019DR010898.

Troy W. Klein of the Law Office of Troy W. Klein, P.A., West Palm Beach, for appellant.

Michael D. Cirullo, Jr., of Goren, Cherof, Doody & Ezrol, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

Appellant David Conklin appeals the circuit court's non-final order granting Appellee Ximena Perez's motion for attorney's fees in the underlying paternity proceeding. We affirm as to all issues raised but remand to correct a scrivener's error in the circuit court's order.

Paragraph 9 of the order, which provides a summary of Appellee's financial affidavit, incorrectly refers to Appellee as "Respondent" rather than "Petitioner." This is merely a scrivener's error and has no substantive effect because the court's ruling was based on the correct financial affidavits. *See Subramanian v. Subramanian,* 260 So. 3d 1075, 1076 (Fla. 4th DCA 2018).

Accordingly, we affirm and remand only for the trial court to correct the use of "Respondent" in Paragraph 9 to "Petitioner." *See Mitchell v. Mitchell,* 841 So. 2d 564, 568 (Fla. 2d DCA 2003) ("Because the scrivener's error is

1

clearly apparent from the record, we remand for the circuit court to correct the error by amended final judgment.").

*Affirmed and remanded with instructions.*

WARNER, DAMOORGIAN, and KLINGENSMITH, JJ., concur.

\*        \*        \*

**Not final until disposition of timely filed motion for rehearing.**

2